UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

    Plaintiff,

v.                                      Case No:  2:15-cv-724-FtM-38CM

RAMIRO LLERENA, MARTHA R.
LLERENA, AMIGO'S CAFE, INC.,
YANDA'S BEAUTY SALON, INC.
and THE VIDEO STORE, INC.,

    Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on the Plaintiff, Patricia Kennedy and the Defendants, Ramiro and Martha Llerena, Amigo's Cafe, Inc. d/b/a, Amigo's Café, Yanda's Beauty Salon, Inc. and the Video Store, Inc. d/b/a Mini Market's Joint Motion for Entry of Consent Decree (Doc. #24) filed on June 13, 2016.  The Parties move the Court for entry of a Consent decree approving the settlement and maintaining jurisdiction over the settlement agreement.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Plaintiff Patricia Kennedy and Defendants, Ramiro and Martha Llerena, Amigo's Cafe,inc. d/b/a, Yanda's Beauty Salon, Inc. and the Video Store, Inc. d/b/a Mini Market's Joint Motion for Entry of Consent Decree (Doc. #24) is **GRANTED**.

1. The Consent Decree, in the form attached hereto is **APPROVED**. The Clerk of the Court is directed to file the Consent Decree attached as Exhibit A with the Court.

2. The Court will maintain jurisdiction over the Consent Decree until the modifications to the property contained therein have been completed. Thereafter, the Court's jurisdiction will terminate.

3. The case is hereby **DISMISSED**. The Clerk of the Court is directed to enter judgment accordingly, terminate any and all pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of June, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record